**Fill in this information to identify the case:**

Debtor 1: Anthony Edward Glass

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Colorado

Case number: 18-20497

## Official Form 410S1
# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Partners for Payment Relief DE IV, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 1 0

**Date of payment change:** Must be at least 21 days after date of this notice — 09/25/2020

**New total payment:** Principal, interest, and escrow, if any — $ 214.38

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.75 %   New interest rate: 4.75 %

   Current principal and interest payment: $ 214.38   New principal and interest payment: $ 214.38

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

| Debtor 1 | Anthony Edward Glass | Case number (if known) 18-20497 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jon J. Lieberman
Signature

Date  7/30/2020

Print: Jon J. Lieberman (OH Bar ID: 0058394)
First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number  Street

Loveland            OH      45140
City                State   ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

7/24/2020

## SUBSEQUENT INTEREST RATE ADJUSTMENT

| Summary | |
|---|---|
| Account # | |
| Statement Date | 07/24/2020 |

| Account Information | |
|---|---|
| Unpaid Principal Balance | $19,217.89 |
| Interest Rate | 4.75000000% |
| Prepayment Penalty | No |

TONY E GLASS
18603 E LINVALE PL
AURORA, CO 80013

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 1 month period during which your interest rate stayed the same. The period ends on 08/21/2020, so on that date your interest rate may change. After that, your interest rate may change Monthly for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

| | Current Rate & Monthly Payment | Estimated New Rate & Monthly Payment |
|---|---|---|
| Interest Rate | 4.75000000% | 4.75000000% |
| Principal | $102.98 | $102.98 |
| Interest | $111.40 | $111.40 |
| Escrow | $0.00 | $0.00 |
| Suspense | $0.00 | $0.00 |
| Other Payments | $0.00 | $0.00 |
| Total Monthly Payment | $214.38 | $214.38 |

(due 09/25/2020)

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the WSJ Prime Rate and your margin is 1.500%. The WSJ Prime Rate is published Daily in www.thefinancials.com.

**Rate Limit**: Your rate can never be higher than 18.000% over the life of the loan. Your rate can never be lower than 1.500% over the life of the loan. This additional increase may apply to your interest rate when it adjusts again on 09/21/2020.

**New Interest Rate and Monthly Payment**: The table above shows our estimate of your new interest rate and new monthly payment. These amounts are based on the most recently published WSJ Prime Rate, your interest rate limitations, your loan balance of $19,217.89, and your remaining loan term of 185 months.

If You Anticipate Problems Making Your Payments:
- Contact FCI Lender Services at 1-800-931-2424 ext. 650 as soon as possible
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
  - **Refinance your loan**
  - **Sell your home** and use the proceeds to pay off your current loan
  - **Modify your loan terms**
  - **Payment forbearance** temporarily gives you more time to pay your monthly payment
- If you would like contact information for counseling agencies or programs in your area, call the US Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State housing finance agency, visit the US Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp/

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**IMPORTANT DISCLOSURES**

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s Agent in Colorado is Cogency Global Inc., 7700 E. Arapahoe Road, Suite 220, Centennial, Colorado 80112; PH: 303-309-3839.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.  A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:**  NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-20497-EEB |
| Anthony Edward Glass<br>  mem One Touch Services LLC<br>  aka AKA Tony Glass | Chapter 13 |
| Debtor. | Judge Elizabeth E. Brown |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Creditor's Notice of Mortgage Payment Change was served by U.S. Mail, first-class postage prepaid on July 30, 2020 upon:

    Anthony Edward Glass, Debtor
    18603 E Linvale Pl
    Aurora, CO 80013

And electronically to:

    Sean Cloyes, Debtor's Counsel
    sean@berkencloyes.com

    Douglas B. Kiel, Chapter 13 Trustee
    ecfmail@denver13.com

    US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

    Respectfully Submitted

    /s/ Jon J. Lieberman
    Jon J. Lieberman, Esq. (OH Bar ID: 0058394)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor